```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JUNWU GONG,                                                         :
                                                                    :
                          Plaintiff,                                :
                                                                    :       23-cv-343 (LJL)
         -v-                                                        :
                                                                    :          ORDER
STUART M. SARNOFF, O'MELVENY & MYERS                                :
LLP, CARL M. STANTON, CITY OF NEW YORK,                             :
OFFICER JOHN DOE 1, OFFICER JOHN DOE 2,                             :
OFFICER JOHN DOE 3, OFFICER LAUREN A.                               :
DUFFY,                                                              :
                                                                    :
                          Defendants.                               :
                                                                    :
------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

      Pending before the Court is defendants Stuart M. Sarnoff and O'Melveny & Myers's motion, pursuant to Federal Rule of Civil Procedure 11, for sanctions. Dkt. No. 36. The Court will hold a hearing on August 16, 2023 at 11:00 a.m., at which the parties will be permitted to offer oral argument. Any party that desires to present evidence at the hearing shall submit a letter to the Court on or before August 7, 2023, indicating what evidence, if any, it wishes to present. In the absence of the parties presenting evidence, the Court will decide the motion based on the evidence submitted in connection with the Rule 11 moving and opposition papers.

      SO ORDERED.

Dated: July 27, 2023
      New York, New York

                                                            LEWIS J. LIMAN
                                                         United States District Judge