IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNWU GONG, <br><br> Plaintiff, <br> v. <br><br> STUART M. SARNOFF, <br> O'MELVENY & MYERS LLP, <br> CARL M. STANTON, CITY OF NEW YORK, OFFICER JOHN DOE 1, OFFICER JOHN DOE 2, OFFICER JOHN DOE 3, OFFICER LAUREN A. DUFFY <br><br> Defendants. | Case No. 23-cv-00343 (LJL) <br><br> PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT AGAINST DEFENDANT STANTON |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum, supporting documents attached thereto, and all prior pleadings and filings, the Plaintiff will move before the Honorable Lewis J. Liman, at a date and time set by the Court no less than 7 days hence, for an Order pursuant to FRCP 55(a), and any other rules applicable, for an entry of default against Defendant Carl M. Stanton for failing to plead or otherwise respond to the Complaint within the time within which to do so, and any other and further relief as the Court deems proper and just.

DATED:  September 5, 2023
         New York, NY

Respectfully submitted for the Plaintiff

_____
Richard N. Freeth, Esq.
Freeth & Associates LLC
260 Madison Ave., 8th Fl.

1

New York, NY 10016  
Email: rfreeth@freethfirm.com

TO: Dan Rottenstreich (via first class mail and email: DRottenstreich@rfbllp.com)  
Rottenstreich Farley & Bronstein LLP  
500 Park Ave, 8th Floor  
New York, New York 10022

Carl M. Stanton  
117 East 36th Street  
New York, NY 10016

James Murray, Esq.  
New York City Law Department  
100 Church St.  
New York, NY 10017

Officer Lauren A. Duffy  
120 West 82nd Street  
NYPD 20th Pct.,  
New York, NY 10024-5502