```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUNWU GONG,

                Plaintiff,

         -v-

STUART M. SARNOFF, et al.,

                Defendants.

-------------------------------------------------------------X

23-cv-343 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Defendants O'Melveny and Myers and Stuart Sarnoff have moved for attorneys' fees. While Defendants have submitted time sheets to support their motion, the time sheets lack specific descriptions of the work done and thus the Court is not able to determine whether the hours were reasonable. *See, e.g.*, *N.Y. Ass'n for Retarded Children, Inc. v. Carey*, 711 F.2d 1136 (2d Cir. 1983). Defendants are hereby given leave to file such records or contemporaneous evidence of the reasonableness of their hours by Friday, March 29, 2024.

    SO ORDERED.

Dated: March 22, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge