UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNWU GONG,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>STUART M. SARNOFF, O'MELVENY & MYERS LLP, CARL M. STANTON, CITY OF NEW YORK, OFFICER JOHN DOE 1, OFFICER JOHN DOE 2, OFFICER JOHN DOE 3, OFFICER JANE DOE,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-00343-LJL<br><br>Hon. Lewis J. Liman |

**ORDER GRANTING DEFENDANTS' AMENDED
APPLICATION FOR REASONABLE ATTORNEYS' FEES**

　　Defendants O'Melveny & Myers ("OMM") and Stuart Sarnoff submitted an Application for Reasonable Attorneys' Fees and Costs Award as Rule 11 Sanctions Pursuant to the Court's August 22, 2023 Order (ECF No. 74).  On April 15, 2024, the Court issued a Memorandum and Order (ECF No. 105) which required Defendants to reduce the hours worked on motions to dismiss by twenty-five percent and further ordered Defendants to reduce work rates to a rate deemed reasonable by the Court.  Defendants were instructed to submit a revised itemized billing statement and declaration, incorporating the Court's April 15, 2024 Order.  On April 22, 2024, Defendants timely submitted the revised itemized billing statement and supporting declaration, reflecting a reduced attorneys' fee request in the amount of $55,893.75.  Upon consideration of the aforementioned materials; it is hereby:

**ORDERED**

1.	The application for reasonable attorneys' fees, as amended by Defendants' April 22, 2024 submission, is GRANTED.

2.	The Court awards $55,893.75 to Defendants, payable jointly and severally by Plaintiff and his counsel, Richard Freeth and Yongbing Zhang, within ten business days.

SO ORDERED.

Dated: New York, New York
       April 23, 2024

_____
LEWIS J. LIMAN
United States District Judge