**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUNWU GONG,

                Plaintiff,

-against-                          23 **CIVIL** 0343 (LJL)

                                              **JUDGMENT**

STUART M. SARNOFF, O'MELVENY & MEYERS
LLP, CARL M. STANTON, CITY OF NEW YORK,
OFFICER JOHN DOE1, OFFICER JOHN DOE 2,
OFFICER JOHN DOE 3, OFFICER LAUREN A.
DUFFY,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2024, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      August 2, 2024

                                                    **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                          **BY:**
                                                **Deputy Clerk**