```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUNWU GONG,                                                        :
:
                    Plaintiff,                                     :
:                               23-cv-343 (LJL)
       -v-                                                         :
:                               ORDER
STUART M. SARNOFF, O'MELVENY & MYERS                               :
LLP, CARL M. STANTON, CITY OF NEW YORK,                            :
OFFICER JOHN DOE 1, OFFICER JOHN DOE 2,                            :
OFFICER JOHN DOE 3, OFFICER JANE DOE                               :
:
                    Defendants.                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On September 4, 2024, following dismissal of this case on August 1, 2024 and entry of judgment on August 2, 2024, Plaintiff filed a motion seeking relief under Federal Rule of Civil Procedure 60 and an extension of the 30-day deadline to file a notice of appeal. Dkt. No. 110.

On September 23, 2024, the Court denied the motion for relief under Rule 60. Dkt. No. 111. With respect to leave to appeal, the Court stated that an extension of the deadline is permissible only where a party shows "excusable neglect or good cause." Fed. R. App. Proc. 4(a)(5)(A)(ii). Because Plaintiff had made no attempt to show excusable neglect or good cause, the Court gave Plaintiff until September 30, 2024 to supplement his motion for leave to file a late notice of appeal and warned that if no supplemental motion was received by that date, the Court would deny the motion. *See* Dkt. No. 111.

1

Plaintiff has not filed any supplemental information supporting his motion for leave to file a late notice of appeal. Plaintiff has made no attempt to show excusable neglect or good cause. Accordingly, the motion for leave to file a late notice of appeal is denied. The Clerk of Court is respectfully directed to close Dkt. No. 108.

SO ORDERED.

Dated: October 2, 2024
      New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge